IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

JOCELYN SPRIGGS,

PLAINTIFF,

v.                                        Civil Action No: 4:14-cv-00468

MNE SERVICES INC., d/b/a

USFASTCASH.COM,                           **JURY DEMAND**

Defendant.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Jocelyn Spriggs, by and through herself, hereby gives notice of the voluntarily dismissal of this action with prejudice.

Respectfully submitted,

Jocelyn Spriggs

191 Jasper Drive

Sherwood, Ark. 72120

jrs122@hotmail.com

1 | Page